UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SABINA STARZYNSKI | : | |
| | : | |
| v. | : | NO. 3:20-cv-478-VLB |
| | : | |
| STANLEY BLACK & DECKER, INC. | : | |

## JUDGMENT

This action having come before the Court on defendant's Motion for Summary Judgment before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, having already granted in part defendant's Motion to Dismiss and dismissing Counts Two, Three, and Four with prejudice; and having issued a Memorandum of Decision granting defendant's Motion for Summary Judgment as to Counts One and Five; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant and this case is closed.

Dated at Hartford, Connecticut, this 6th day of December, 2021.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
      Jeremy Shafer
      Deputy Clerk

EOD: 12-6-2021